UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EDWARD MITCHELL,<br><br>Plaintiff,<br><br>v.<br><br>C. GONZALES, et al.,<br><br>Defendants. | Case No. 1:23-cv-00062-ADA-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISS RETALIATION CLAIM<br><br>(ECF No. 13) |

Plaintiff John Edward Mitchell ("Plaintiff") is proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 12, 2023, the assigned Magistrate Judge issued findings and recommendations recommending that this action proceed on Plaintiff's First Amendment claim against Defendants C. Gonzales and A. Leyva, and that Plaintiff's retaliation claim be dismissed.  (ECF No. 13.)  The findings and recommendations were served on Plaintiff and contained notice that any objections were to be filed within fourteen days.  (*Id.* at 7.)  No objections were filed and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

Accordingly,

1.    The findings and recommendations issued on May 12, 2023, (ECF No. 13), are adopted in full;

2.    This action proceeds on Plaintiff's First Amendment claim against Defendants C. Gonzales and A. Leyva;

3.    Plaintiff's retaliation claim is dismissed from the action; and

4.    The matter is referred back to the Magistrate Judge for further proceedings.


IT IS SO ORDERED.

Dated:   July 5, 2023

_____

UNITED STATES DISTRICT JUDGE