UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EDWARD MITCHELL,<br><br>        Plaintiff,<br><br>    v.<br><br>C. GONZALES, et al.,<br><br>        Defendants. | No. 1:23-cv-00062-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE AND SURREPLY AS MOOT<br><br>(ECF Nos. 29, 30) |

Plaintiff John Edward Mitchell is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On November 27, 2023, Plaintiff filed a request for judicial notice and surreply to Defendants' reply to his opposition to the motion to dismiss.

Inasmuch as Defendants' motion to dismiss the action as barred by res judicata was denied on November 15, 2023, Plaintiff's current requests are DENIED as MOOT.

IT IS SO ORDERED.

Dated:  **November 28, 2023**

UNITED STATES MAGISTRATE JUDGE

1