UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EDWARD MITCHELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C. GONZALES, et al.,<br><br>　　　　Defendants. | No. 1:23-cv-00062-SAB (PC)<br><br>ORDER VACATING SETTLEMENT CONFERENCE, LIFTING STAY OF CASE, AND DIRECTING CLERK OF COURT TO ISSUE THE DISCOVERY AND SCHEDULING ORDER<br><br>(ECF Nos. 33, 34.) |

　　　　Plaintiff John Edward Mitchell is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　　On December 5, 2023, the Court issued an order referring this case to the Court's Alternative Dispute Resolution Program, set the case for a settlement conference on February 6, 2024, before Magistrate Judge Barbara A. McAuliffe, and stayed the case.  (ECF No. 33.)  The Court advised defense counsel that counsel could opt-out of the settlement conference with thirty days.

　　　　On January 4, 2024, Defendants filed a motion to opt-out of the settlement conference because after investigation they believe a settlement conference would be unproductive at this time.  (ECF No. 34.)

///

1

Accordingly, it is HEREBY ORDERED that:

1. The settlement conference set for February 6, 2024, before Magistrate Judge Barbara A. McAuliffe is VACATED;
2. The stay of this case is lifted; and
3. The Clerk of Court shall issue the discovery and scheduling order.

IT IS SO ORDERED.

Dated: **January 4, 2024**

UNITED STATES MAGISTRATE JUDGE