UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EDWARD MITCHELL,<br><br>   Plaintiff,<br><br>   v.<br><br>C. GONZALES, et al.,<br><br>   Defendants. | No. 1:23-cv-00062-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO VACATE THE SETTLEMENT CONFERENCE AS MOOT<br><br>(ECF No. 37) |

Plaintiff John Edward Mitchell is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion to vacate the settlement conference, filed January 22, 2024.

On January 4, 2024, the settlement conference scheduled for February 6, 2024, was vacated at the request of Defendants. (ECF Nos. 34, 35.) Accordingly, Plaintiff's motion to vacate the settlement conference is denied as moot.

IT IS SO ORDERED.

Dated:  **January 23, 2024**

UNITED STATES MAGISTRATE JUDGE

1