UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EDWARD MITCHELL,<br><br>            Plaintiff,<br><br>    v.<br><br>C. GONZALES, et al.,<br><br>            Defendants. | No. 1:23-cv-00062-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO SUPPLEMENT HIS OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 54) |

Plaintiff John Edward Mitchell is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On November 15, 2024, Defendants' filed a motion for summary judgment. (ECF No. 47.) After receiving two extensions of time, Plaintiff filed an opposition on January 21, 2025. (ECF No. 53.)

On January 22, 2025, Plaintiff filed a motion to supplement his opposition to add an "Exhibit to his declaration in support of opposition to the defendants motion for summary judgment." (ECF No. 54.)

On the basis of good cause, the Court grants Plaintiff's motion to supplement his opposition which will be considered by the Court when ruling on Defendants' motion for summary judgment.

IT IS SO ORDERED.

Dated:  **January 23, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1